UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA                    CASE NO. 22-cr-00090

VERSUS                                      JUDGE ELIZABETH E. FOOTE

MARTIN WILLIAM THOMPSON (01)                MAGISTRATE JUDGE HORNSBY
RACHEL ANN HASSELL (02)

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge

previously filed herein, and having thoroughly reviewed the record, no written objections

having been filed, and concurring with the findings of the Magistrate Judge under the

applicable law;

It is ordered that Hassell's Motion to Suppress (Doc. 54) and Thompson's Motion

to Suppress (Doc. 55) are denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___10th___ day

of ___AUGUST___, 2023.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE