UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 22-cr-00090 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| MARTIN WILLIAM THOMPSON (01)<br>RACHEL ANN HASSELL (02) | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Hassell's Motion to Suppress (Doc. 54) and Thompson's Motion to Suppress (Doc. 55) are denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 10th day of AUGUST, 2023.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE